**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**LEONEL BRAVO,** *on behalf of himself, FLSA Collective Plaintiffs, and the Class*,

**Plaintiff,**

**-against-**

**1741 GOURMET DELI INC., d/b/a FIRST AVENUE GOURMET DELI, et al.,**

**Defendants.**

**26-cv-5449 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's July 14, 2026, Notice of Voluntary Dismissal. ECF No. 6. The parties are directed to file a letter indicating whether they have reached a settlement in this matter, and, if so, attaching the proposed settlement and a joint memorandum of law, not to exceed 10 pages, explaining why the proposed settlement is fair and reasonable and otherwise does not raise any of the concerns cited by the Second Circuit in its decisions in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015) and *Samake v. Thunder Lube, Inc.*, 24 F.4th 804 (2d Cir. 2022). **The parties should also indicate whether they consent to proceed in front of a magistrate judge for proceedings related to the settlement**. The letter and any proposed settlement and accompanying memorandum shall be filed no later than August 21, 2026.

**SO ORDERED.**

**Dated**: August 4, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**