**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**LEONEL BRAVO,** *on behalf of himself, FLSA Collective Plaintiffs, and the Class*,

**Plaintiff,**

**-against-**

**1741 GOURMET DELI INC., d/b/a FIRST AVENUE GOURMET DELI, et al.,**

**Defendants.**

**26-cv-5449 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's July 14, 2026, Notice of Voluntary Dismissal. ECF No. 6. Former counsel for Plaintiff has indicated that no settlement was reached in this matter, and the Court therefore need not approve the voluntary dismissal. ECF No. 8.

Accordingly, this matter is **DISMISSED** without prejudice to Defendants and without costs or attorneys' fees to any party.

**SO ORDERED.**

**Dated**: September 1, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**